UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

2021 APR 21  A 9: 16

MILTON THOMAS,

APPELLANT

Case no. 21-1725

v.

CITY OF PHILADELPHIA, :

THE SCHOOL DISTRICT OF PHILADELPHIA, :

APPELLEE

### Statement of the issues to be decided

1). Did the City receive adequate notice reasonably calculated, under all circumstances to apprise an interested party of the pendency of the bankruptcy actions and afford them an opportunity to present their objections?

2). After the discharge was entered. Did the City's liens on 1620 So. 58th passed through the bankruptcy unaffected, leaving the City free to enforce its lien rights under applicable non bankruptcy law?

3). Did the City received adequate notice sufficient for the appellant to Avoid pre petition liens?

4). Does a confirmed plan chapter 13 bind the City to the plan whether they accepted or rejected it?

5). Can the City be held in civil contempt if they were aware of the discharge order and intended the actions which violated it?

6). After the discharge was entered and the City Sheriff sale 1620 So 58th st. Was their legal reasoning considered to be subjective or objective?

### Designation of the record.
There was no hearing so, therefore there is no transcript.

DATE: 4/21/21

NAME: Milton Thomas

Lawman728@gmail.com
140 W Spencer Ave.
Philadelphia, PA 19120

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MILTON THOMAS,
    APPELLANT　　　　　　　　　　　　　　　　Case no. 21-1725
  v.
CITY OF PHILADELPHIA, :

THE SCHOOL DISTRICT OF PHILADELPHIA, :

    APPELLEE

## CERTIFICATION OF SERVICE

**I do certify that on 4/21/21 a copy of this certification of service was sent by regular U.S. mail to:**

City of Philadelphia ,
School District of Philadelphia
Pamela Elchert Thurmond, Esq.
Law Department Tax Unit,
1515 Arch St
15th floor,
Philadelphia PA 19102-1595

_Milt T_
_____
Milton Thomas Sr.
140 W Spencer St.
Philadelphia, PA 19120
Lawman728@gmail.com
267-401-0978