IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MILTON THOMAS,<br><br>　　　　　Appellant,<br><br>v.<br><br>CITY OF PHILADELPHIA,<br><br>　　　　　Appellee. | CIVIL ACTION<br>NO. 21-1725 |

## ORDER

**AND NOW**, this 10th day of April 2024, this appeal came to be considered on the record from the United States Bankruptcy Court for the Eastern District of Pennsylvania which issued an Order dated March 25, 2021 granting the City of Philadelphia's Motion for Summary Judgment. On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the Order of the Bankruptcy Court dated March 25, 2021 is **AFFIRMED** in accordance with the Opinion of the Court issued this day.  The Clerk of Court is directed to close this case.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.